

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00436-CR

**CURTIS LEWIS BROWN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2017-165-C1

## ABATEMENT ORDER

Appellant's brief was due on February 6, 2020. Appellant's counsel has requested and received four extensions of time to file appellant's brief for a total of approximately 210 days to file the brief. When the last extension was granted, the Court warned counsel that "if the brief is not timely filed, this Court may have to refer the matter to the trial court to determine whether appellant is receiving effective

assistance of counsel and whether new or additional counsel should be appointed." No brief has been filed, and counsel seeks yet another extension, this time for 25 days, and provides information in his motion which indicates to the Court that counsel will not be able to file the brief within the proposed extended time either.

The Court finds it has become necessary to involve the trial court in this matter.

Accordingly, this appeal is ABATED to the trial court to hold a hearing to determine whether appointed counsel is able to fulfill his duties and obligations to this appellant, whether appellant is receiving affective assistance of counsel, and if not, whether to appoint new or additional counsel to represent appellant effectively. The trial court is ordered to hold such hearing, either in person or virtually, within 35 days from the date of this Order. A supplemental clerk's record containing the trial court's written determination must be filed within 42 days from the date of this Order.


PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal abated
Order issued and filed August 11, 2020
[RWR]

